# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MITCHELL COOK

NO. 2022 KW 0280

**JULY 5, 2022**

---

In Re:    Mitchell Cook, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1879-F-2021.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

**JEW**
**CHH**

**McClendon, J.,** concurs and would deny the writ application on the showing made. Relator failed to include the application for postconviction relief, a complete copy of the bill of information, and all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT